## Collister, Appellant, v. Nationwide Life Insurance Company.

Argued September 12, 1975. *Ambrose R. Campana*, with him *Campana & Campana*, for appellant; *C. Edward S. Mitchell*, with him *Greevy & Mitchell*, for appellee.

Judgment affirmed.

## Commonwealth v. Basto, Appellant.

Before WALSH, J.

Argued September 10, 1975. *John J. Dunn, Sr.*, Public Defender, for appellant; *Ernest D. Preate, Jr.*, Assistant District Attorney, and *Paul R. Mazzoni*, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Borick, Appellant.

Before WALSH, J.

Argued September 10, 1975. *Gene E. Goldenziel*, Assistant Public Defender, with him *Robert J. Nolan*, Assistant Public Defender, and *John J. Dunn, Sr.*, Public Defender, for appellant; *Ernest D. Preate, Jr.*, Assistant District Attorney, and *Paul R. Mazzoni*, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.